Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **Form 4**

| | |
|---|---|
| KINGTOM ALUMINIO S.R.L., <br><br>       Plaintiff, <br><br>   v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; ALEJANDRO MAYORKAS, *in his official capacity as Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*, <br><br>       Defendants. | **SUMMONS** <br> Court No. 24-00264 |

**TO:**   The Above-Named Defendant,

     You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**/s/ Mario Toscano**
Clerk of the Court

| | |
|---|---|
| **/s/ Brady W. Mills** <br> Brady W. Mills <br> Signature of Plaintiff's Attorney <br><br> December 23, 2024 <br> Date | Brady W. Mills <br> Morris, Manning & Martin LLP <br> 1333 New Hampshire Avenue, NW <br> Suite 800 <br> Washington, DC 20036 <br> (202) 216-4116 <br> bmills@mmmlaw.com |

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)