**FORM 5**

# UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

| | |
|---|---|
| **PLAINTIFF:**<br>Kingtom Aluminio S.R.L. | |
| **ATTORNEY** (*Name, Address, Telephone No.*):<br>Brady W. Mills<br>Morris Manning & Martin<br>1333 New Hampshire Avenue, NW Suite 800<br>Washington, DC 20036<br>(202) 216-4116 | |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: **[   ]**

## J U R I S D I C T I O N

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

[   ] Appraisal          [   ] Classification          [   ] Charges or Exactions     [   ] Vessel Repairs

[   ] Exclusion          [   ] Liquidation             [   ] Drawback

[   ] Refusal to Reliquidate     [   ] Rate of Duty        [   ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

[   ] Appraisal          [   ] Classification          [   ] Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination.     For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause                              Agency

**Federal Register** or **Administrative Determination** Cite(s)

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

[   ] U.S. Secretary of Labor       [   ] U.S. Secretary of Commerce     [   ] U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. §1677f(c)(2)**

Agency:     [   ] U.S. International Trade Commission       [   ] Administering Authority

**FORM 5**

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

[    ] Sec. 641(b)(2)    [    ] Sec. 641(b)(3)    [    ] Sec. 641(c)(1)    [    ] Sec. 641(b)(5)

[    ] Sec. 641(c)(2)    [    ] Sec. 641(d)(2)(B)    [    ] Sec. 499(b)

**28 U.S.C. § 1581(h)**  -  Ruling relating to:

[  ] Classification [  ] Valuation     [  ] Restricted Merchandise

[  ] Rate of Duty   [  ] Marking      [  ] Entry Requirements

[ ] Drawbacks      [  ] Vessel Repairs        [  ] Other: _____

**J U R I S D I C T I O N**
(Continued)

**28 U.S.C. § 1581(i)**  -  This Court has jurisdiction pursuant to 28 U.S.C. § 1581(i)(1)(C)-(D).  The CIT has adjudicated forced labor cases under section 307 as part of its § 1581(i) jurisdiction over embargoes.  See *Ninestar Corp. v. United States*, 666 F. Supp. 3d 1351.

**28 U.S.C. § 1582 -  Actions Commenced by the United States**

[  ] (1) Recover civil penalty under Tariff Act of 1930:

[  ] Sec. 592        [  ] Sec. 593A        [  ] Sec. 641(b)(6)

[  ] Sec. 641(d)(2)(a)     [  ] Sec. 704(i)(2)

[  ] (2) Recover upon a bond

[  ] (3) Recover customs duties

**R E L A T E D    C A S E(S)**

|  | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [  ] Decided: |  |  |  |
| [  ] Pending: |  |  |  |

(Attach additional sheets, if necessary.)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018.)