FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 11

| | |
|---|---|
| KINGTOM ALUMINIO S.R.L., <br><br>            Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br>            Defendant. | Court No.: 24-00264 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as <u>attorney</u> for plaintiff, <u>Kingtom Aluminio S.R.L.</u>, <u>Plaintiff</u>, in this action

☐ and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is <u>  Brady W. Mills                               </u>.

FORM 11-2

Date: <u>December 23, 2024</u>

<u>/s/ Brady W. Mills</u>
Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Mary S. Hodgins
Eugene Degnan
Jordan L. Fleischer
Nicholas C. Duffey
Ryan R. Migeed

<u>Morris, Manning & Martin LLP</u>
Firm

1333 New Hampshire Avenue N.W.
<u>Suite 800</u>
Street Address

<u>Washington, DC 20036</u>
City, State and Zip Code

<u>202-216-4116</u>
Telephone Number

<u>bmills@mmmlaw.com</u>
E-mail Address

FORM 11-3

## Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
|  |  |  |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)