## CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

*Kingtom Aluminio S.R.L. v. United States et al.*
**U.S. Court of International Trade**
**Court No. 24-264**

Pursuant to Rule 4(b)(1) of the Rules of the Court of International Trade, I, Brady W. Mills, hereby certify that on December 23, 2024, I served the following individuals and notified all interested parties who were a party to the proceeding below, by mailing a copy of the foregoing Complaint by first class mail, return receipt requested, unless otherwise indicated:

**On Behalf of The United States**
Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

**On Behalf of The United States Department of Homeland Security**
Office of the General Counsel
245 Murray Lane, SQ
Mail Stop 0485
Washington, D.C. 20528-0485

**On Behalf of The United States Customs and Border Protection**
Office of Chief Counsel
1300 Pennsylvania Avenue
Suite 4.4-B
Washington, D.C. 20004

**On Behalf of Alejandro N. Mayorkas**
Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

**On Behalf of Troy A. Miller**
Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278