Form M-2-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM M-2

| KINGTOM ALUMINIO S.R.L., |
| Plaintiff, |
| v. |
| UNITED STATES, ET AL, |
| Defendant. |

**Court No.:** 24-00264

### REPORT OF MEDIATION

That pursuant to the Order of Referral dated  March 5, 2025   in this case, I served as Judge Mediator for the mediation process between the parties in this case. The process was concluded on  March 28, 2025  ;

___ The mediation resulted in a settlement of all issues;

___ The mediation resulted in a partial settlement;

✓ The mediation did not result in a settlement;

/s/ Leo M. Gordon
(Name)
Judge Mediator

DATED: March 28, 2025
New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)