**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE**

| | |
|---|---|
| KINGTOM ALUMINIO S.R.L.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; RODNEY S. SCOTT, Commissioner, U.S. Customs and Border Protection,<br><br>    Defendants,<br><br>    and<br><br>ALUMINUM EXTRUDERS COUNCIL; UNITED STEEL, PAPER AND FORESTRY, RUBBER, AND MANUFACTURING and SERVICE WORKERS INTERNATIONAL UNION,<br><br>    Defendant-Intervenors. | No. 24-cv-00264-TMR |

**PLAINTIFF'S MOTION TO STAY ITS MOTION TO ENFORCE VACATUR**

Pursuant to Rule 7 of the U.S. Court of International Trade, Plaintiff Kingtom Aluminio S.R.L. ("Plaintiff" or "Kingtom") hereby moves to stay, for thirty days, Kingtom's April 9, 2026 motion to enforce the court's vacatur ("Motion"). *See* ECF No. 93.

Counsel for Kingtom participated in a video call with counsel for Defendant, the United States, and Defendant-Intervenors, the Aluminum Extruders Council and United Steel, Paper And Forestry, Rubber, And Manufacturing And Service Workers International Union on April 29, 2026 to discuss the status of the seized merchandise referenced in Kingtom's Motion. Based on these discussions, the parties believe that the issues raised in Kingtom's Motion can be resolved without intervention by the Court. Namely, U.S. Customs and Border Protection ("CBP") has indicated that it plans to accept the administrative petitions filed by Kingtom

requesting release of the seized merchandise.  Accordingly, Kingtom seeks to have its motion stayed by thirty days so that the administrative process for releasing the seized merchandise can proceed and the parties can try and resolve this dispute without further Court intervention.

Counsel for Kingtom sought consent to this motion from the other parties pursuant to Rule 7(f) of the Rules of the U.S. Court of International Trade.  On April 29, 2026, Monica Triana, counsel for Defendant, consents to the relief requested in this motion.  On April 29, 2026, Elizabeth Lee, counsel for Defendant-Intervenors, consented to the relief requested in this motion.

For the foregoing reasons, Plaintiff respectfully moves the Court to stay Kingtom's Motion for thirty days, including the deadline for Defendant and Defendant-Intervenors to respond to the motion.  A proposed order detailing the requested relief is attached to this motion.

<div style="margin-left:50%">

Respectfully submitted,

/s/ Brady W. Mills
Brady W. Mills
R. Will Planert
Mary S. Hodgins
Jordan L. Fleischer
Nicholas C. Duffey

**TAFT STETTINIUS & HOLLISTER LLP**
1333 New Hampshire Ave, N.W., Suite 800
Washington, D.C. 20036
(202) 216-4116
*Counsel to Plaintiff*

</div>

April 29, 2026

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE**

| | |
|---|---|
| KINGTOM ALUMINIO S.R.L., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; RODNEY S. SCOTT, Commissioner, U.S. Customs and Border Protection, <br><br> Defendants, <br><br> and <br><br> ALUMINUM EXTRUDERS COUNCIL; UNITED STEEL, PAPER AND FORESTRY, RUBBER, AND MANUFACTURING and SERVICE WORKERS INTERNATIONAL UNION, <br><br> Defendant-Intervenors. | No. 24-cv-00264-TMR |

**<u>PROPOSED ORDER</u>**

Upon consideration of Plaintiff's motion and all other papers and proceedings, it is hereby:

ORDERED that Plaintiff's motion is granted; and it is further

ORDERED that Plaintiff's motion to enforce the court's vacatur, ECF No. 93, is hereby stayed for thirty days; and it is further

ORDERED that the deadline for Defendant and Defendant-Intervenors to respond to the motion to enforce the court's vacatur, is also stayed for thirty days; and it is further

ORDERED that the parties shall file a joint status report regarding Plaintiff's motion to enforce on or before May 29, 2026.

SO ORDERED.

<div align="center">3</div>

Dated: _____          _____
New York, New York                              Timothy M. Reif, Judge

4