**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE**

| | |
|---|---|
| KINGTOM ALUMINIO S.R.L.,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; RODNEY S. SCOTT, Commissioner, U.S. Customs and Border Protection,<br><br>      Defendants,<br><br>  and<br><br>ALUMINUM EXTRUDERS COUNCIL; UNITED STEEL, PAPER AND FORESTRY, RUBBER, AND MANUFACTURING and SERVICE WORKERS INTERNATIONAL UNION,<br><br>      Defendant-Intervenors. | Court No.: 24-cv-00264-TMR |

## ORDER

Upon consideration of Plaintiff's motion and all other papers and proceedings, it is hereby:

ORDERED that Plaintiff's motion is granted; and it is further

ORDERED that Plaintiff's motion to enforce the court's vacatur, ECF No. 93, is hereby stayed for thirty days; and it is further

ORDERED that the deadline for Defendant and Defendant-Intervenors to respond to the motion to enforce the court's vacatur, is also stayed for thirty days; and it is further

ORDERED that the parties shall file a joint status report regarding Plaintiff's motion to enforce on or before May 29, 2026.

SO ORDERED.

3

Dated:  April 30, 2026                          /s/ Timothy M. Reif

        New York, New York                      Timothy M. Reif, Judge

4