## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE

KINGTOM ALUMINIO S.R.L.,

      Plaintiff,

    v.

UNITED STATES OF AMERICA;
DEPARTMENT OF HOMELAND SECURITY;
U.S. CUSTOMS AND BORDER
PROTECTION;
MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security;
RODNEY S. SCOTT, Commissioner, U.S.
Customs and Border Protection,

      Defendants

    and

ALUMINUM EXTRUDERS COUNCIL;
UNITED STEEL, PAPER AND FORESTRY,
RUBBER, AND MANUFACTURING AND
SERVICE WORKERS INTERNATIONAL
UNION,

      Defendant-Intervenors.

Court No. 24-cv-00264-TMR

## PLAINTIFF'S CONSENT MOTION TO CONTINUE STAY OF MOTION TO ENFORCE COURT'S ORDER AND JOINT STATUS REPORT

Pursuant to the Court's April 30, 2026 Order, ECF No. 98, Plaintiff Kingtom Aluminio

S.R.L. ("Plaintiff" or "Kingtom") hereby updates the Court, on behalf of the parties, regarding

the status of certain seized merchandise referenced in Kingtom's April 9, 2026 motion and, for

the reasons that follow, respectfully moves pursuant to USCIT Rule 7 for the Court continue the

stay of that motion, and Defendant and Defendant-Intervenors' response thereto, for an

additional thirty days.  *See* Kingtom's Motion to Enforce, ECF No. 93.  A proposed order is

attached.

To date, Customs has accepted and resolved the first of the two petitions that Kingtom filed regarding certain merchandise seized by U.S. Customs and Border Protection ("Customs"). *See* Kingtom's Motion to Enforce at Attachment 2, ECF No. 93-2 (including both petitions filed by Kingtom). Kingtom is currently in coordination with its broker and Customs for the merchandise referenced in that first petition to be picked up from Customs and then exported.

However, Kingtom and Customs are still in the process of resolving the second of the two petitions. Kingtom's customer had also filed a petition with Customs for the same merchandise and so, currently, Customs has before it competing petitions. Kingtom and its customer are in discussions as to who should take title to the merchandise if it is released by Customs, and whose petition may therefore need to be withdrawn. Kingtom requires additional time to coordinate with its customer regarding this merchandise and to resolve its petition with Customs.

Counsel for Kingtom sought consent to this motion from the other parties pursuant to Rule 7(f). On May 29, 2026, Monica Triana, counsel for Defendant, consents to the relief requested in this motion. On May 29, 2026, Elizabeth Lee, counsel for Defendant-Intervenors, consented to the relief requested in this motion.

For the foregoing reasons, Kingtom respectfully moves that this Court continue the stay of its April 9, 2026 motion to enforce, and Defendant and Defendant-Intervenors' response thereto, for an additional 30 days while the parties to continue to resolve the remaining petition at Customs. A proposed order is attached containing the relief requested in this motion.

3

Please contact the undersigned if you have any questions regarding this matter.

Respectfully submitted,

/s/ Brady W. Mills
Brady W. Mills
R. Will Planert
Mary S. Hodgins
Nicholas C. Duffey

**TAFT STETTINIUS & HOLLISTER LLP**
1333 New Hampshire Ave, N.W., Suite 800
Washington, D.C. 20036
(202) 216-4116

*Counsel to Plaintiff Kingtom Aluminio S.R.L.*

May 29, 2026

3

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE**

| | |
|---|---|
| KINGTOM ALUMINIO S.R.L.,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA;<br>DEPARTMENT OF HOMELAND SECURITY;<br>U.S. CUSTOMS AND BORDER<br>PROTECTION;<br>MARKWAYNE MULLIN, Secretary,<br>U.S. Department of Homeland Security;<br>RODNEY S. SCOTT, Commissioner, U.S.<br>Customs and Border Protection,<br><br>       Defendants<br><br>   and<br><br>ALUMINUM EXTRUDERS COUNCIL;<br>UNITED STEEL, PAPER AND FORESTRY,<br>RUBBER, AND MANUFACTURING AND<br>SERVICE WORKERS INTERNATIONAL<br>UNION,<br><br>       Defendant-Intervenors. | Court No. 24-cv-00264-TMR |

**PROPOSED ORDER**

Upon consideration of Plaintiff's motion and all other papers and proceedings, it is

hereby:

ORDERED that Plaintiff's motion is granted; and it is further

ORDERED that Plaintiff's motion to enforce the court's vacatur, ECF No. 93, is hereby

stayed for an additional thirty days; and it is further

ORDERED that the deadline for Defendant and Defendant-Intervenors to respond to the

motion to enforce the court's vacatur is also stayed for an additional thirty days; and it is further

4

5

ORDERED that the parties shall file a joint status report regarding Plaintiff's motion to enforce on or before June 29, 2026.

SO ORDERED.

Dated: _____          _____
           New York, New York                                    Timothy M. Reif, Judge