**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE**

KINGTOM ALUMINIO S.R.L.,

      Plaintiff,

    v.

UNITED STATES OF AMERICA;
DEPARTMENT OF HOMELAND SECURITY;
U.S. CUSTOMS AND BORDER
PROTECTION;
MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security;
RODNEY S. SCOTT, Commissioner, U.S.
Customs and Border Protection,

      Defendants

   and

ALUMINUM EXTRUDERS COUNCIL;
UNITED STEEL, PAPER AND FORESTRY,
RUBBER, AND MANUFACTURING AND
SERVICE WORKERS INTERNATIONAL
UNION,

      Defendant-Intervenors.

Court No. 24-cv-00264-TMR

**ORDER**

Upon consideration of Plaintiff's motion and all other papers and proceedings, it is

hereby:

ORDERED that Plaintiff's motion is granted; and it is further

ORDERED that Plaintiff's motion to enforce the court's vacatur, ECF No. 93, is hereby

stayed for an additional thirty days; and it is further

ORDERED that the deadline for Defendant and Defendant-Intervenors to respond to the

motion to enforce the court's vacatur is also stayed for an additional thirty days; and it is further

4

5

ORDERED that the parties shall file a joint status report regarding Plaintiff's motion to enforce on or before June 29, 2026.

SO ORDERED.

Dated: May 29, 2026                     /s/ Timothy M. Reif
          New York, New York              Timothy M. Reif, Judge

5