**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE**

| | |
|---|---|
| KINGTOM ALUMINIO S.R.L.,<br>          Plaintiff,<br>     v.<br>UNITED STATES OF AMERICA;<br>DEPARTMENT OF HOMELAND<br>SECURITY; U.S. CUSTOMS AND<br>BORDER PROTECTION; MARKWAYNE<br>MULLIN, Secretary, U.S. Department of<br>Homeland Security; RODNEY S. SCOTT,<br>Commissioner, U.S. Customs and Border<br>Protection,<br>          Defendants,<br>     and<br>ALUMINUM EXTRUDERS COUNCIL;<br>UNITED STEEL, PAPER AND FORESTRY,<br>RUBBER, AND MANUFACTURING and<br>SERVICE WORKERS INTERNATIONAL<br>UNION,<br>          Defendant-Intervenors. | No. 24-cv-00264-TMR |

**PLAINTIFF'S THIRD MOTION TO CONTINUE STAY OF MOTION TO ENFORCE COURT'S ORDER AND JOINT STATUS REPORT**

Pursuant to the Court's June 29, 2026 Order, ECF No. 111, Plaintiff Kingtom Aluminio S.R.L. ("Kingtom") hereby updates the Court, on behalf of the parties, regarding the status of certain seized merchandise referenced in Kingtom's April 9, 2026 motion and, for the reasons that follow, respectfully moves pursuant to Rule 7 of the Rules of the U.S. Court of International Trade for the Court continue the stay of that motion and Defendant and Defendant-Intervenors' response thereto for an additional thirty days. *See* Kingtom's Motion to Enforce, ECF No. 93. A proposed order is attached.

When Kingtom filed the previous status report, Customs had accepted one of the two petitions regarding certain merchandise seized by U.S. Customs and Border Protection

("Customs").  The merchandise covered by the "first petition" is being exported from the United States on July 29, 2026.

As to the "second petition," both Kingtom and its customer had filed petitions with Customs for release of the same merchandise.  Kingtom and its customer are still hosting discussions as to who should take title to the merchandise if it is released by Customs, and whose petition may accordingly need to be withdrawn.  As of July 28, 2026, Kingtom and its customer have been unable to reach a decision acceptable to both parties.  Kingtom is seeking to resolve the issues with its customer as expeditiously as possible.  Kingtom respectfully requests that the Court grant Kingtom an additional thirty days to resolve the issue with its customer.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion to extend the stay of Kingtom's Motion to Enforce by an additional thirty days.  A proposed order is attached to this motion.

Counsel for Kingtom sought consent to this motion from the other parties pursuant to Rule 7(f). On July 28, 2026, Monica Triana, counsel for Defendant, consented to the relief requested in this motion. On July 29, 2026, Elizabeth Lee, counsel for Defendant-Intervenors, indicated that Defendant-Intervenors take no position regarding this motion.

Please contact the undersigned should you have any questions regarding this matter.

Respectfully submitted,

/s/ Brady W. Mills
Brady W. Mills
R. Will Planert
Mary S. Hodgins
Jordan L. Fleischer
Nicholas C. Duffey

**TAFT STETTINIUS & HOLLISTER LLP**
1333 New Hampshire Ave, N.W., Suite 800
Washington, D.C. 20036

2

(202) 216-4116

*Counsel to Plaintiff*

July 29, 2026

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE**

| | |
|---|---|
| KINGTOM ALUMINIO S.R.L.,<br>            Plaintiff,<br>        v.<br>UNITED STATES OF AMERICA;<br>DEPARTMENT OF HOMELAND<br>SECURITY; U.S. CUSTOMS AND<br>BORDER PROTECTION; KRISTI NOEM,<br>Secretary, U.S. Department of Homeland<br>Security; RODNEY S. SCOTT,<br>Commissioner, U.S. Customs and Border<br>Protection,<br>            Defendants,<br>        and<br>ALUMINUM EXTRUDERS COUNCIL;<br>UNITED STEEL, PAPER AND FORESTRY,<br>RUBBER, AND MANUFACTURING and<br>SERVICE WORKERS INTERNATIONAL<br>UNION,<br>            Defendant-Intervenors. | No. 24-cv-00264-TMR |

**PROPOSED ORDER**

Upon consideration of Plaintiff's motion and all other papers and proceedings, it is hereby:

ORDERED that Plaintiff's motion is granted; and it is further

ORDERED that Plaintiff's motion to enforce the court's vacatur, ECF No. 93, is hereby stayed for an additional thirty days; and it is further

ORDERED that the deadline for Defendant and Defendant-Intervenors to respond to the motion to enforce the court's vacatur is also stayed for an additional thirty days; and it is further

ORDERED that the parties shall file a joint status report regarding Plaintiff's motion to enforce on or before August 28, 2026.

SO ORDERED.

4

Dated: _____        _____
         New York, New York                              Timoth M. Reif, Judge